UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

MR. RICHARD I. FRIED                Case No. 11-20853-CIV-KING

                                    Date    August 29, 2013

vs.

STIEFEL LABORATORIES, INC.,         JUDGE JAMES LAWRENCE KING
ET AL.


DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference___        Status Conference  X
Pre-Trial Conference ____       Motion Hearing ___

Counsel for Plaintiff: Norman S. Segall, Esq.  Peter Prieto, Esq.
Matthew Weinshall, Esq.  John Gravante, III, Esq.
Counsel for Defendant: David A. Coulson, Esq.  Todd Wozniak, Esq.
Lindsey C. Edelmann, Esq.  Hiliare Bass, Esq.

PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/KEY WEST
TRIAL CONTINUED TO:      _____

RULE 16 SCHEDULING CONFERENCE CONTINUED TO: _____

- Final Pretrial Conference held
- Oral Argument held re: Issue of (collateral estoppel)
- The Court finds that the motion be and the same is hereby TAKEN UNDER ADVISEMENT
- The Court also finds that this case is still working towards the trial date scheduled for October 21, 2013
- The Court finds that if it is deemed necessary to conduct an additional Pretrial conference it will notify the parties by separate order