**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-CV-20853-WILLIAMS**

RICHARD I. FRIED,

      Plaintiff,

v.

STIEFEL LABORATORIES, INC., *et
al.*,

      Defendants.

_____/

**VERDICT FORM**

Do you find from a preponderance of the evidence:

1. That the Defendant omitted a material fact in connection with the purchase
   or sale of a security (as explained in the Court's instructions)?

        Charles Stiefel                 __No__ (Yes or No)

        Stiefel Laboratories, Inc.      __No__ (Yes or No)

2. That the Defendant acted "knowingly" or with "severe recklessness" (as
   those terms are defined in the Court's instructions)?

        Charles Stiefel                 __No__ (Yes or No)

        Stiefel Laboratories, Inc.      __No__ (Yes or No)

3. That Richard Fried "justifiably relied" on the Defendant's conduct (as that
   term is defined in the Court's instructions?

                                     __No__ (Yes or No)

4. That Richard Fried suffered damages as a proximate result of the Defendant's wrongful conduct?

_____No_____ (Yes or No)

Note: If you answered "No" to any of the preceding questions as to <u>both</u> Defendants, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If you answered "Yes" to each question as to at least one Defendant, go to the next questions.

5. That Richard Fried suffered damages?

_____ (Yes or No)

If your answer is "Yes," in what amount?

$_____

6. That Charles Stiefel had the power to control the general affairs of Stiefel Laboratories, Inc.?

_____ (Yes or No)

7. That Charles Stiefel had the power to directly or indirectly control or influence the specific corporate policy of Stiefel Laboratories, Inc. which resulted in the Rule 10b-5(b) violation?

_____ (Yes or No)

8. That Charles Stiefel has proven by a preponderance of the evidence that he acted in good faith and did not induce, either directly or indirectly, the act or acts constituting the primary Rule 10b-5(b) violation by Stiefel Laboratories, Inc.

_____ (Yes or No)

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: ___11\6\2013___