UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20853-CIV-WILLIAMS

RICHARD FRIED

                Plaintiff,

vs.

STIEFEL LABORATORIES, INC., and
CHARLES W. STIEFEL

                Defendants.
_____/

## STIPULATION PERMITTING WITHDRAWAL OF EXHIBITS

It is stipulated by and between counsel for the respective parties that counsel for each party may withdraw all exhibits offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court from further responsibility.

Dated: 11/6/13

_____
Counsel for: Plaintiff

Dated: 11-6-2013

_____
Counsel for: Defendants

Stipulation hereinabove approved this 6th day of November 2013.

_____
KATHLEEN M. WILLIAMS
United States District Judge